

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

February 22, 2020

The Hon. Judge Brenda K. Sannes
U.S. District Court Judge
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

           Re:     Deborah Laufer v. Cocca's Hotel LLC, et. al.
                  Case No.: 1:19-cv- 01502 (BKS/ ML)
                  <u>NOTICE OF SETTLEMENT</u>

**Greetings Judge Sannes,**

    Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action. The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through March 24, 2020, while the settlement agreement is consummated.

    Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.